Form 24-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 24

| | |
|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, et al.<br>　　　　　　Plaintiffs,<br>and<br>BOVIET SOLAR TECHNOLOGY CO., LTD.<br>　　　　　　Consolidated Plaintiff,<br>　　　　　v.<br>UNITED STATES<br>　　　　　　Defendant. | **Consolidated**<br>**Court No.:** 25-157 |

**ORDER FOR STATUTORY INJUNCTION UPON CONSENT**

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below:

<u>BOVIET SOLAR TECHNOLOGY CO., LTD.</u> counsel certifies that they have conferred with all other
[NAME OF PARTY'S]

parties to the action, including <u>Daniel Bertoni                              </u>, counsel to the
　　　　　　　　　　　　　　　　[NAME OF GOVERNMENT ATTORNEY]

United States, and all parties to this action conveyed consent to the contents of this form.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　By: <u>/s/ Gregory S. Menegaz         </u>
　　　　　　　　　　　　　　　Attorney for <u>BOVIET SOLAR TECHNOLOGY CO., LTD.</u>
　　　　　　　　　　　　　　　　　　　　　　　[NAME OF PARTY]
　　　　　　　　　　　　　　　[(Insert name of firm, address &
　　　　　　　　　　　　　　　telephone number)]

　　　　　　　　　　　　　　　THE INTER-GLOBAL TRADE LAW
　　　　　　　　　　　　　　　GROUP, PLLC
　　　　　　　　　　　　　　　1156 Fifteenth St., N.W., Ste 1101
　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　gmenegaz@igtlaw.com; 202-868-0300

Form 24-2

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

Crystalline Silicon Photovoltaic Cells Whether or Not Assembled Into Modules ;
[*insert Product*]

from the Socialist Republic of Vietnam ;
[*insert Country*]

(1) That were: (Add additional lines as needed)

☐ produced by _____
[Company Name]

☐ exported by _____
[Company Name]

☐ produced by _____ and
[Company Name]
   exported by _____
[Company Name]

☑ produced and exported by Boviet Solar Technology Co., Ltd.
[Company Name]

☐ produced and/or exported by _____
[Company Name]

☐ produced by _____ and
[Company Name]
   imported by _____ .
[Company Name]

(2) That were the subject of the United States Department of Commerce's final determination in Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the Socialist Republic of Vietnam: Final Affirmative Countervailing Duty Determination and Final Affirmative Critical Circumstances Determination, in Part of Vietnam, 90 Fed. Reg. 17,399 (Apr. 25, 2025)* ;
[*insert title, volume, page and date of FR Notice*]

(3) That were entered, or withdrawn from warehouse, for consumption, during the period January 25, 2025 through January 31, 2025 ;
        [Date]                                      [Date]
and June 13, 2025 through December 31, 2025.

*Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders, 90 Fed. Reg. 26,791 (Jun. 24, 2025).

Form 24-3

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: _____        _____
            New York, New York                                              Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019; Dec. 13, 2022, eff. Jan. 23, 2023.)