## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, ET AL. | )<br>)<br>) |
| Plaintiffs, | ) |
| and | ) |
| BOVIET SOLAR TECHNOLOGY CO., LTD., | ) |
| Consolidated Plaintiff, | ) |
| and | ) |
| JINKO SOLAR (VIETNAM) INDUSTRIES CO., LTD. ET AL. | ) |
| Consolidated Plaintiffs, | ) |
| and | )  Consol. Court. No. 25-00157 |
| TRINA SOLAR ENERGY DEVELOPMENT CO. LTD., | ) |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| THE AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE | ) |
| Defendant-Intervenor. | ) |

## ORDER

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule, it is hereby:

**ORDERED** that the briefing of this action shall proceed in accordance with the schedule and word count limitations set forth below:

| Filing | Deadline | Word Limit |
|---|---|---|
| 1. Plaintiffs', Consolidated Plaintiffs' and Plaintiff-Intervenor's USCIT R. 56.2 Motion and Brief | January 20, 2026 | 14,000 |
| 2. Defendant's Response Brief | May 20, 2026 | 28,000 |
| 3. Defendant-Intervenor's Response Brief | June 10, 2026 | 21,000 |
| 4. Plaintiffs', Consolidated Plaintiffs' and Plaintiff-Intervenor's Reply Brief | July 10, 2026 | 7,000 |
| 5. Joint Appendix | July 24, 2026 | N/A |
| 6. Motion for Oral Argument | July 31, 2026 | N/A |

Date: _____, 2025           _____
New York, New York                                    Claire R. Kelly, Judge

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, ET AL. ) | |
| Plaintiffs, ) | |
| and ) | |
| BOVIET SOLAR TECHNOLOGY CO., LTD., ) | |
| Consolidated Plaintiff, ) | |
| and ) | |
| JINKO SOLAR (VIETNAM) INDUSTRIES CO., LTD. ET AL. ) | |
| Consolidated Plaintiffs, ) | |
| and ) | Consol. Court. No. 25-00157 |
| TRINA SOLAR ENERGY DEVELOPMENT CO. LTD., ) | |
| Plaintiff-Intervenor, ) | |
| v. ) | |
| UNITED STATES, ) | |
| Defendant, ) | |
| and ) | |
| THE AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE ) | |
| Defendant-Intervenor. ) | |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to U.S. Court of International Trade Rule 56.2(a), counsel for the parties to the above-captioned action have consulted and respectfully submit the following Joint Status Report and Proposed Briefing Schedule. This report is being timely filed in accordance with this Court's October 21 Order, ECF No. 33.

**JOINT STATUS REPORT**

The questions set forth in Rule 56.2(a) are provided below with parties' responses.

**1.     Does the Court have jurisdiction over the action?**

This appeal challenges certain aspects of Final Determination of the countervailing duty investigation and subsequent order on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the Socialist Republic of Vietnam. *See Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the Socialist Republic of Vietnam: Final Affirmative Countervailing Duty Determination and Final Affirmative Critical Circumstances Determination, in Part*, 90 Fed. Reg. 17,399 (Dep't of Commerce Apr. 25, 2025) (Final Determination) and accompanying Issues and Dec. Memorandum; *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 26,791 (Dep't of Commerce June 24, 2025) (order). Plaintiffs, Consolidated Plaintiffs, and Plaintiff-Intervenor submit that this Court has jurisdiction pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II), (a)(2)(B)(i) and 28 U.S.C. § 1581(c). Defendant and Defendant-Intervenor are unaware of any basis to challenge the jurisdiction at this time.

2. **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

This Court consolidated *JA Solar USA Inc v. United States*, Ct. No 25-00157, with *Boviet Solar Technology Co., Ltd*. v. United States, Court No. 25-00160, and *Jinko Solar (Vietnam) Industries Co., Ltd. v. United States*, Court No. 25-00172, under this lead case in its September 16, 2025 Order, ECF No. 16. There are no additional cases that should be consolidated. The parties also agree that no portion of this case should be severed at this time.

3. **Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

The parties agree that this case should not be deferred pending consideration of another case before this Court or any other tribunal.

4. **Should the court be aware of any other information at this time?**

The parties do not know of any other information which the Court should be aware of at this time.

## PROPOSED BRIEFING SCHEDULE

After consultation pursuant to Rule 56.2 of this Court, the parties respectfully propose the following schedule and word count limitations:

| Filing | Deadline | Word Limit |
| --- | --- | --- |
| 7. Plaintiffs', Consolidated Plaintiffs' and Plaintiff-Intervenor's USCIT R. 56.2 Motion and Brief | January 20, 2026 | 14,000 |
| 8. Defendant's Response Brief | May 20, 2026 | 28,000 |
| 9. Defendant-Intervenor's Response Brief | June 10, 2026 | 21,000 |
| 10. Plaintiffs', Consolidated Plaintiffs' and Plaintiff-Intervenor's Reply Brief | July 10, 2026 | 7,000 |

3

| 11. Joint Appendix | July 24, 2026 | N/A |
|---|---|---|
| 12. Motion for Oral Argument | July 31, 2026 | N/A |

Dated: November 20, 2025

Respectfully submitted,

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Kristin H. Mowry
Bryan P. Cenko
Clemence D. Kim
Evan P. Drake*
**Mowry & Grimson, PLLC**

*Counsel to JA Solar Vietnam Company Limited, JA Solar PV Vietnam Company Limited, JA Solar NE Vietnam Company Limited and JA Solar USA Inc*

*\*Admitted to New York bar; Practice supervised by members of the D.C. bar and limited to federal international trade matters pursuant to D.C. Bar Rule 49(c)(2)*

/s/ Jordan C. Kahn
Andrew T. Schutz
Jordan C. Kahn
GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
1201 New York Ave., NW, Ste. 650
Washington, DC 20005
(202) 783-6881

*Counsel to Consolidated Plaintiff Jinko Solar (Vietnam) Industries Company Limited*

/s/ Gregory S. Menegaz
Gregory S. Menegaz
Alexandra H. Salzman
THE INTER-GLOBAL TRADE LAW GROUP, PLLC
Suite 1101
1156 Fifteenth St., N.W.

Washington, DC 20005
Tel: (202) 868-0300
Email:  gmenegaz@igtlaw.com

*Counsel to Boviet Solar Technology Co., Ltd.*

/s/ David M. Morrell
David M. Morrell
Shelbie M. Rose
Jones Day
51 Louisiana Ave. NW
Washington, DC 20001
Tel: (202) 879-3636

*Co-Counsel to Boviet Solar Technology Co., Ltd.*


/s/ Jonathan M. Freed
Jonathan M. Freed
MacKensie R. Sugama
Trade Pacific PLLC
700 Pennsylvania Avenue, SE Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
Email:  jfreed@tradepacificlaw.com

*Counsel to Trina Solar Energy Development Co. Ltd*.


BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Franklin E. White
FRANKLIN E. WHITE
Assistant Director

/s/ Sosun Bae
SOSUN BAE
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch

5

P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 305-768
Fax: (202) 353-0461
Email: sosun.bae@usdoj.gov

Attorneys for Defendant United States

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Stephanie M. Bell, Esq.
Kimberly A. Reynolds, Esq.
Stephen A. Morrison, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to the American Alliance for Solar Manufacturing Trade Committee*