UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, ET AL. | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| and | )<br>)<br>) |
| BOVIET SOLAR TECHNOLOGY CO., LTD., | )<br>)<br>) |
| Consolidated Plaintiff, | )<br>)<br>) |
| and | )<br>)<br>) |
| JINKO SOLAR (VIETNAM) INDUSTRIES CO., LTD. ET AL. | )<br>)<br>) |
| Consolidated Plaintiffs, | )<br>)<br>) |
| and | ) Consol. Ct. No. 25-00157<br>) |
| TRINA SOLAR ENERGY DEVELOPMENT CO. LTD., | )<br>)<br>) |
| Plaintiff-Intervenor, | )<br>)<br>) |
| v. | )<br>) |
| UNITED STATES, | )<br>)<br>) |
| Defendant, | )<br>)<br>) |
| and | )<br>)<br>) |
| THE AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE | )<br>)<br>)<br>) |
| Defendant-Intervenor. | )<br>) |

**ORDER**

Upon consideration of the Plaintiffs' Second Unopposed Motion for Extension of Time and Modification to the Scheduling Order, it is hereby:

ORDERED that Plaintiffs' motion is granted; and it is further

ORDERED that the scheduling order is modified as follows:

1. Plaintiffs', Consolidated Plaintiffs', and Plaintiff-Intervenor's Rule 56.2 Motions and accompanying briefs, if any, shall not exceed a length of 14,000 words, and shall be filed on or before Tuesday, February 24, 2026;

2. Defendant's response brief shall not exceed a length of 28,000 words and shall be filed on or before Wednesday, June 24, 2026;

3. Defendant-Intervenor's response brief shall not exceed a length of 21,000 words and shall be filed on or before Wednesday, July 15, 2026;

4. Plaintiffs', Consolidated Plaintiffs' and Plaintiff-Intervenor's reply briefs shall not exceed a length of 7,000 words and shall be filed on or before Friday, August 14, 2026;

5. The joint appendix, including the entire confidential record, shall be filed on or before Friday, August 28, 2026; and

6. Any motions for oral argument shall be filed on or before Friday, September 4, 2026.

Date:_____, 2026    _____

New York, New York                               Claire R. Kelly, Judge

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, ET AL. | ) |
| Plaintiffs, | ) |
| and | ) |
| BOVIET SOLAR TECHNOLOGY CO., LTD., | ) |
| Consolidated Plaintiff, | ) |
| and | ) |
| JINKO SOLAR (VIETNAM) INDUSTRIES CO., LTD. ET AL. | ) |
| Consolidated Plaintiffs, | ) |
| and | ) Consol. Ct. No. 25-00157 |
| TRINA SOLAR ENERGY DEVELOPMENT CO. LTD., | ) |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| THE AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE | ) |
| Defendant-Intervenor. | ) |

**PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME AND MODIFICATION TO THE SCHEDULING ORDER**

Pursuant to Rule 6(b) and 7(b) of the Rules of this Court, Plaintiffs JA Solar Vietnam Company Limited, JA Solar PV Vietnam Company Limited, JA Solar NE Vietnam Company

Limited and JA Solar USA Inc (collectively "JA Solar") respectfully request that this Court grant a three-week extension of time until February 24, 2026, and amend the current scheduling order, for Plaintiffs, Consolidated Plaintiffs and Plaintiff-Intervenor to file their Rule 56.2 Motion for Judgment on the Agency Record and accompanying supporting brief, and to extend all other remaining deadlines in this case by 21 days. See Scheduling Order (Jan. 9, 2026), ECF No. 40. This is JA Solar's second motion for an extension of time to file its Rule 56.2 brief. See Pls.' Consent Mot. for Ext. of Time (Jan. 9, 2026), ECF No. 39. No party opposes the requested extension of time. The current and proposed amended deadlines are as follows:

| Filing | Current Deadline | Extended Deadline |
|---|---|---|
| Plaintiffs', Consolidated Plaintiffs' and Plaintiff-Intervenor's Rule 56.2 Brief | February 3, 2026 | February 24, 2026 |
| Defendant's Response Brief | June 3, 2026 | June 24, 2026 |
| Defendant-Intervenor's Response Brief | June 24, 2026 | July 15, 2026 |
| Plaintiffs', Consolidated Plaintiffs' and Plaintiff-Intervenor's Reply Brief | July 24, 2026 | August 14, 2026 |
| Joint Appendix | August 7, 2026 | August 28, 2026 |
| Motion for Oral Argument if any | August 14, 2026 | September 4, 2026 |

When a motion is made prior to a filing deadline, the Court may, for good cause, extend a deadline. See USCIT Rule 6(b)(1)(A); see also 16(b)(4). Since JA Solar previously sought its first extension, and this Court's subsequent issuance of the scheduling order on January 9, 2026, new unforeseen deadlines have arisen affecting counsel for JA Solar, that have created significant additional conflicts. Specifically, counsel continues to be inundated with work for clients in matters before the Department of Commerce ("Commerce") and U.S. Customs and Border Protection ("CBP"). For example, undersigned counsel is preparing responses for: (1)

2

Commerce's Section A Questionnaire issued in the 2023–2024 antidumping administrative review of crystalline silicon photovoltaic cells from China, covering company organization, accounting practices, markets and merchandise due on January 28, 2026; (2) Commerce's Section III affiliated companies questions issued in the 2023 countervailing duty administrative review of crystalline silicon photovoltaic cells from China, due on February 3, 2026; (3) benchmark data on new transnational subsidy allegations in the countervailing duty investigation of hardwood and decorative plywood from Indonesia, due on January 30, 2026; (4) Commerce's Section C–D Questionnaire issued in the 2023–2024 antidumping administrative review of crystalline silicon photovoltaic cells from China, due on February 13, 2026; (5) intervenor defendants-appellants' opening brief in case no. 25-2120 before the U.S. Court of Appeals for the Federal Circuit, due on February 10, 2026; and (6) Plaintiffs' Rule 56.2 motion in CIT case No. 25-158, due on February 23, 2026.  Further, counsel also has multiple significant filings due to CBP, which did not emerge until after counsel for JA Solar sought its first extension, with deadlines that also fall next to the current deadline of February 3, 2026 for JA Solar's Rule 56.2 brief.  Although counsel has been working diligently, the remaining time is insufficient to finalize a brief regarding issues in the expansive countervailing investigation including new substantive issues such as whether the statute allows for Commerce to countervail transnational subsidies.  We also submit that this proposed amendment will not prejudice Defendant or Defendant-Intervenor as they have not opposed this motion.

    No party opposes this motion.  On January 26, 2026, counsel for Boviet Solar Technologies Co., Ltd., Alexandra Salzman, counsel for Jinko Solar (Vietnam) Industries Company Limited, Jordan C. Kahn and counsel for Trina Solar Energy Development Company Limited, Jonathan M.

3

Freed, consented to the motion via e-mail. On January 26, 2026, counsel for Defendant United States, Sosun Bae, consented to the motion via e-mail.[1] On January 26, 2026, counsel for Defendant-Intervenor, American Alliance for Solar Manufacturing Trade Committee (the "Alliance"), Laura El-Sabaawi, stated that the Alliance takes no position on this motion.

In sum, JA Solar respectfully requests that the Court grant this unopposed motion for a 21-day extension of time for Plaintiffs, Consolidated Plaintiffs and Plaintiff-Intervenor to file their Rule 56.2 Motion for Judgment on the Agency Record and accompanying supporting brief and concomitant extensions for the remaining deadlines as detailed above.

                                                Respectfully Submitted,

Dated: January 27, 2026                                             /s/ Jeffrey S. Grimson
                                                                             Jeffrey S. Grimson
                                                                             Kristin H. Mowry
                                                                             Bryan P. Cenko
                                                                             Clemence D. Kim
                                                                             Evan P. Drake
                                                                             Mowry & Grimson, PLLC
                                                                             5335 Wisconsin Avenue, NW, Suite 810
                                                                             Washington, DC 20015
                                                                             202-688-3610
                                                                             *Counsel to JA Solar Vietnam Company Limited, JA Solar PV Vietnam Company Limited, JA Solar NE Vietnam Company Limited and JA Solar USA Inc*

---

[1] Defendant has represented that it will likely need to seek an extension of time for its response brief, as the new proposed deadline for the response brief conflicts with other work matters and anticipated leave.

4