IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |  |
|---|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, *et al.*, | : : : : : | |
| Plaintiffs, | : : | |
| BOVIET SOLAR TECHNOLOGY CO., LTD. and JINKO SOLAR (VIETNAM) INDUSTRIES COMPANY LIMITED, | : : : : | Consol. Court No. 25-00157 |
| Consolidated Plaintiffs, | : : | |
| and | : : | |
| TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED, | : : : | |
| Plaintiff-Intervenor | : : | |
| v. | : | |
| UNITED STATES, | : : | |
| Defendant, | : : | |
| and | : : | |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE, | : : : : | |
| Defendant-Intervenor. | : : | |

**MOTION OF CONSOLIDATED PLAINTIFF JINKO SOLAR (VIETNAM) INDUSTRIES COMPANY LIMITED FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to Rule 56.2 of the Rules of this Court, Consolidated Plaintiff Jinko Solar (Vietnam) Industries Company Limited ("Jinko") hereby moves for judgment on the agency record with regard to the final determination of the countervailing duty ("CVD") investigation of crystalline silicon photovoltaic cells, whether or not assembled into modules ("solar cells"), from

the Socialist Republic of Vietnam ("Vietnam") by the U.S. Department of Commerce ("Commerce"). *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the Socialist Republic of Vietnam: Final Affirmative Countervailing Duty Determination and Final Affirmative Critical Circumstances Determination, in Part*, 90 Fed. Reg. 17,399 (Apr. 25, 2025) ("*Final Determination*"), resulting in issuance of the CVD order on solar cells from Vietnam, published as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 26,791 (June 6, 2025).

Jinko respectfully moves for this Court to order that Commerce recalculate the *Final Determination* all-others subsidy rate that applies to Jinko using the revised subsidy rates calculated by Commerce, pursuant to Court remand, for Plaintiffs JA Solar Vietnam Company Limited, *et al.*, including its cross-owned affiliates, and Consolidated Plaintiff Boviet Solar Technology Co., Ltd., the two mandatory respondents in the CVD investigation on solar cells from Vietnam. The legal and factual support for Jinko's USCIT 56.2 Motion are fully set forth in the attached Memorandum of Law.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP

*/s/ Jordan C. Kahn*
Andrew T. Schutz
Jordan C. Kahn

1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated: February 24, 2026

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, *et al.*, | : |
| Plaintiffs, | : |
| BOVIET SOLAR TECHNOLOGY CO., LTD., and JINKO SOLAR (VIETNAM) INDUSTRIES COMPANY LIMITED, | : Consol. Court No. 25-00157 |
| Consolidated Plaintiffs, | : |
| and | : |
| TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED, | : |
| Plaintiff-Intervenor | : |
| v. | : |
| UNITED STATES, | : |
| Defendant, | : |
| and | : |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE, | : |
| Defendant-Intervenor. | : |

**MEMORANDUM OF LAW IN SUPPORT OF CONSOLIDATED PLAINTIFF JINKO'S MOTION FOR JUDGMENT ON THE AGENCY RECORD**

                                                        GRUNFELD, DESIDERIO, LEBOWITZ,
                                                       SILVERMAN & KLESTADT LLP

                                                       Andrew T. Schutz
                                                       Jordan C. Kahn
                                                       1201 New York Ave., NW, Suite 650
                                                       Washington, DC 20005

Dated: February 24, 2026                         (202) 783-6881

**TABLE OF CONTENTS**

STATEMENT PURSANT TO RULE 56.2 ................................................................................... 1

    A.    Administrative Decision Under Appeal ............................................................... 1

    B.    Reasons For Contesting The Administrative Decision ...................................... 1

    C.    Issues Presented And Summary Of Argument ................................................... 1

STATEMENT OF FACTS ............................................................................................................ 2

STANDARD OF REVIEW ........................................................................................................... 2

ARGUMENT .................................................................................................................................. 3

CONCLUSION ............................................................................................................................... 3

## TABLE OF AUTHORITIES

**Statutes**

19 U.S.C. § 1671d ................................................................................................................... 2, 3

**Cases**

*Linyi Chengen Import and Export Co. v. United States*,
   391 F. Supp. 3d 1283 (CIT 2019) ............................................................................................ 3

**Administrative Decisions**

*Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the
   Socialist Republic of Vietnam: Final Affirmative Countervailing Duty Determination and
   Final Affirmative Critical Circumstances Determination, in Part*, 90 Fed. Reg. 17,399
   (Apr. 25, 2025) ..................................................................................................................... 1, 2

*Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, From Malaysia
   and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon
   Photovoltaic Cells, Whether or Not Assembled into Modules, From Cambodia, Malaysia,
   Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg.
   26,791 (June 6, 2025) ................................................................................................................ 1

Consolidated Plaintiff Jinko Solar (Vietnam) Industries Company Limited ("Jinko") submits this memorandum of law in support of its motion for judgment on the agency record.

## STATEMENT PURSANT TO RULE 56.2

### A.  ADMINISTRATIVE DECISION UNDER APPEAL

Jinko seeks judicial review of the countervailing duty ("CVD") determination by the U.S. Department of Commerce ("Commerce") on crystalline silicon photovoltaic cells, whether or not assembled into modules ("solar cells"), from the Socialist Republic of Vietnam ("Vietnam"), published as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, From the Socialist Republic of Vietnam: Final Affirmative Countervailing Duty Determination and Final Affirmative Critical Circumstances Determination, in Part*, 90 Fed. Reg. 17,399 (Apr. 25, 2025) ("*Final Determination*"), PR 869, accompanying Issues and Decision Memorandum, PR 858. This *Final Determination* resulted in the issuance of the CVD order on solar cells from Vietnam. *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 26,791 (June 6, 2025), PR 880.

### B.  REASONS FOR CONTESTING THE ADMINISTRATIVE DECISION

Jinko's reasons for contesting the *Final Determination* are set forth in the Summary of Arguments below, and in more detail in the Argument section of this Memorandum.

### C.  ISSUES PRESENTED AND SUMMARY OF ARGUMENT

Jinko incorporates by reference the issues presented and summary of arguments in the Memoranda of Law filed by Plaintiffs JA Solar Vietnam Company Limited, JA Solar PV Vietnam Company Limited, JA Solar NE Vietnam Company Limited, and JA Solar USA Inc

1

(collectively, "JA Solar") and Consolidated Plaintiff Boviet Solar Technology Co., Ltd. ("Boviet"). If the CVD rate assigned to JA Solar and/or Boviet is lowered as a result of this appeal, Commerce should recalculate the all-others rate in accordance with 19 U.S.C. § 1671d(c)(5)(A).

## STATEMENT OF FACTS

Jinko responded to Commerce's quantity and value questionnaire and participated in briefing in the underlying administrative proceeding. *See* Jinko Q&V QR (June 6, 2024), PR 153, CR 54; Jinko Case Brief (Mar. 24, 2025), PR 836, CR 767. For the *Final Determination*, Jinko did not receive an individual rate because it was not selected for individual investigation. 90 Fed. Reg. at 26,794; Commerce Respondent Selection Memo (June 18, 2024), PR 178, CR 62. Jinko was therefore assigned the all-others CVD rate. Commerce calculated the all-others CVD rate by using the weighted average of publicly ranged data from JA Solar and Boviet, the two mandatory respondents. *See* Commerce All Others Rate Memo (Apr. 22, 2025), PR 866, CR 779. The all-others CVD rate for the *Final Determination* was 124.57 percent. 90 Fed. Reg. at 26,794.

Jinko incorporates by reference the other facts contained in the statement of facts in the Memoranda of Law filed by JA Solar and Boviet in support of their 56.2 Motions for Judgment on the Agency Record.

## STANDARD OF REVIEW

Jinko incorporates by reference the standard of review set forth in the Memoranda of Law filed by JA Solar and Boviet in support of their 56.2 Motions for Judgment on the Agency Record.

**ARGUMENT**

Jinko incorporates by reference the arguments in the Memoranda of Law filed by JA Solar and Boviet in support of their 56.2 Motions for Judgment on the Agency Record. If Commerce recalculates the CVD rate assigned to JA Solar and/or Boviet as a result of this litigation, it must also recalculate the all-others subsidy rate, which is applicable to Jinko. 19 U.S.C. § 1671d(c)(5)(A)(i) ("the all-others rate shall be an amount equal to the weighted average countervailable subsidy rates established for exporters and producers individually investigated, excluding any zero and *de minimis* countervailable subsidy rates"); *see Linyi Chengen Import & Export Co. v. United States*, 391 F. Supp. 3d 1283, 1296-97 (CIT 2019) ("Because the court remands the *Final Determination* with respect to Commerce's calculation of {respondent's} rate, as stated above, the court grants the Separate Rate Respondents' Rule 56.2 motions for judgment on the agency record . . . {and} Commerce is instructed on remand to reconsider the rate applied to the Separate Rate Respondents based on any changes to {respondent's} margin on remand.").

**CONCLUSION**

For the reasons discussed above, Jinko respectfully requests that this Court remand this proceeding to Commerce with instructions to grant the relief requested herein.

                  Respectfully submitted,

                  GRUNFELD, DESIDERIO, LEBOWITZ SILVERMAN & KLESTADT LLP

                  */s/ Jordan C. Kahn*
                  Andrew T. Schutz
                  Jordan C. Kahn

                  1201 New York Ave., NW, Suite 650
                  Washington, DC 20005
                  (202) 783-6881

Dated: February 24, 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Consolidated Plaintiff Jinko's Memorandum of Law In Support of its 56.2 Motion, as computed by Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt's word processing system Microsoft Word 2013, is 723 words, less than the allocated word limit.

                                                    /s/ *Jordan C. Kahn*
                                                    Jordan C. Kahn

                                                    *Counsel for Consolidated Plaintiff*
                                                    *Jinko Solar (Vietnam) Industries*
                                                    *Company Limited*

Dated: February 24, 2026

15140630_2