**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, *et al*., | : |
| Plaintiffs, | : |
| BOVIET SOLAR TECHNOLOGY CO., LTD. and JINKO SOLAR (VIETNAM) INDUSTRIES COMPANY LIMITED, | : Consol. Court No. 25-00157 |
| Consolidated Plaintiffs, | : |
| and | : |
| TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED, | : |
| Plaintiff-Intervenor | : |
| v. | : |
| UNITED STATES, | : |
| Defendant, | : |
| and | : |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE, | : |
| Defendant-Intervenor. | : |

**MOTION OF PLAINTIFF-INTERVENOR TEDC SOLAR (VIETNAM) INDUSTRIES COMPANY LIMITED FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to Rule 56.2 of the Rules of this Court, Plaintiff-Intervenor Trina Solar Energy Development Company Limited ("TEDC") hereby moves for judgment on the agency record with regard to the final determination of the countervailing duty ("CVD") investigation of crystalline silicon photovoltaic cells, whether or not assembled into modules ("solar cells"), from

the Socialist Republic of Vietnam ("Vietnam") by the U.S. Department of Commerce ("Commerce"). *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the Socialist Republic of Vietnam: Final Affirmative Countervailing Duty Determination and Final Affirmative Critical Circumstances Determination, in Part*, 90 Fed. Reg. 17,399 (Apr. 25, 2025) ("*Final Determination*"), resulting in issuance of the CVD order on solar cells from Vietnam, published as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 26,791 (June 6, 2025).

TEDC respectfully moves for this Court to order that Commerce recalculate the *Final Determination* all-others subsidy rate that applies to TEDC using the revised subsidy rates calculated by Commerce, pursuant to Court remand, for Plaintiffs JA Solar Vietnam Company Limited, *et al.*, including its cross-owned affiliates, and Consolidated Plaintiff Boviet Solar Technology Co., Ltd., the two mandatory respondents in the CVD investigation on solar cells from Vietnam. The legal and factual support for TEDC's USCIT 56.2 Motion are fully set forth in the attached Memorandum of Law.

Respectfully submitted,

/s/ Jonathan M. Freed
Jonathan M. Freed
MacKensie R. Sugama

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
Email:  jfreed@tradepacificlaw.com

Dated:  February 24, 2026                    *Counsel to TED*

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

———————————————————————————x
:
JA SOLAR VIETNAM COMPANY :
LIMITED, *et al*., :
:
Plaintiffs, :
:
BOVIET SOLAR TECHNOLOGY CO., :
LTD., and TEDC SOLAR (VIETNAM) :
INDUSTRIES COMPANY LIMITED, :      Consol. Court No. 25-00157
:
Consolidated Plaintiffs, :
:
and :
:
TRINA SOLAR ENERGY :
DEVELOPMENT COMPANY LIMITED, :
:
Plaintiff-Intervenor :
v. :
:
UNITED STATES, :
:
Defendant, :
:
and :
:
AMERICAN ALLIANCE FOR SOLAR :
MANUFACTURING TRADE :
COMMITTEE, :
:
Defendant-Intervenor. :
———————————————————————————x

## <u>MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF INTERVENOR TEDC'S</u> <u>MOTION FOR JUDGMENT ON THE AGENCY RECORD</u>

TRADE PACIFIC PLLC

Jonathan M. Freed
MacKensie R. Sugama

700 Pennsylvania Avenue, SE,
Suite 500
Washington, DC  20003
Tel:  (202) 223-3760

February 24, 2026

# TABLE OF CONTENTS

STATEMENT PURSANT TO RULE 56.2 ................................................................................1

    A.    Administrative Decision Under Appeal ...............................................................1

    B.    Reasons For Contesting The Administrative Decision.......................................1

    C.    Issues Presented And Summary Of Argument ................................................. 1

STATEMENT OF FACTS .................................................................................................2

STANDARD OF REVIEW ................................................................................................2

ARGUMENT .....................................................................................................................2

CONCLUSION ..................................................................................................................3

# TABLE OF AUTHORITIES

**Statutes**

19 U.S.C. § 1671d .................................................................................................................. 2, 3

**Administrative Decisions**

*Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the Socialist Republic of Vietnam: Final Affirmative Countervailing Duty Determination and Final Affirmative Critical Circumstances Determination, in Part*, 90 Fed. Reg. 17,399 (Apr. 25, 2025) .................................................................................................................. 1, 2

*Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 26,791 (June 6, 2025) ..................................................................................................................1

Plaintiff Intervenor, Trina Solar Energy Development Company Limited ("TEDC"),

submits this memorandum of law in support of its motion for judgment on the agency record.

## STATEMENT PURSANT TO RULE 56.2

### A. ADMINISTRATIVE DECISION UNDER APPEAL

TEDC seeks judicial review of the countervailing duty ("CVD") determination by the

U.S. Department of Commerce ("Commerce") on crystalline silicon photovoltaic cells, whether

or not assembled into modules ("solar cells"), from the Socialist Republic of Vietnam

("Vietnam"), published as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled*

*into Modules, From the Socialist Republic of Vietnam: Final Affirmative Countervailing Duty*

*Determination and Final Affirmative Critical Circumstances Determination, in Part*, 90 Fed.

Reg. 17,399 (Apr. 25, 2025) ("*Final Determination*"), PR 869, accompanying Issues and

Decision Memorandum, PR 858. This *Final Determination* resulted in the issuance of the CVD

order on solar cells from Vietnam. *Crystalline Silicon Photovoltaic Cells, Whether or Not*

*Assembled into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty*

*Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules,*

*From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing*

*Duty Orders*, 90 Fed. Reg. 26,791 (June 6, 2025), PR 880.

### B. REASONS FOR CONTESTING THE ADMINISTRATIVE DECISION

TEDC's reasons for contesting the *Final Determination* are set forth in the Summary of

Arguments below, and in more detail in the Argument section of this Memorandum.

### C. ISSUES PRESENTED AND SUMMARY OF ARGUMENT

TEDC incorporates by reference the issues presented and summary of arguments in the

Memoranda of Law filed by Plaintiffs JA Solar Vietnam Company Limited, JA Solar PV

Vietnam Company Limited, JA Solar NE Vietnam Company Limited, and JA Solar USA Inc

(collectively, "JA Solar") and Consolidated Plaintiff Boviet Solar Technology Co., Ltd. ("Boviet"). If the CVD rate assigned to JA Solar and/or Boviet is lowered as a result of this appeal, Commerce should recalculate the all-others rate in accordance with 19 U.S.C. § 1671d(c)(5)(A).

## STATEMENT OF FACTS

TEDC responded to Commerce's quantity and value questionnaire and participated in briefing in the underlying administrative proceeding. *See* TEDC Q&V QR (June 6, 2024), PR 146, CR 47; TEDC Letter in Lieu of Case Brief (Mar. 24, 2025), PR 834.  Commerce calculated the all-others CVD rate by using the weighted average of publicly ranged data from JA Solar and Boviet, the two mandatory respondents. *See* Commerce All Others Rate Memo (Apr. 22, 2025), PR 866, CR 779. The all-others CVD rate for the *Final Determination* was 124.57 percent. 90 Fed. Reg. at 26,794.

TEDC incorporates by reference the other facts contained in the statement of facts in the Memoranda of Law filed by JA Solar and Boviet in support of their 56.2 Motions for Judgment on the Agency Record.

## STANDARD OF REVIEW

TEDC incorporates by reference the standard of review set forth in the Memoranda of Law filed by JA Solar and Boviet in support of their 56.2 Motions for Judgment on the Agency Record.

## ARGUMENT

TEDC incorporates by reference the arguments in the Memoranda of Law filed by JA Solar and Boviet in support of their 56.2 Motions for Judgment on the Agency Record. If Commerce recalculates the CVD rate assigned to JA Solar and/or Boviet as a result of this litigation, it must also recalculate the all-others subsidy rate, which is applicable to TEDC. 19

U.S.C. § 1671d(c)(5)(A)(i) ("the all-others rate shall be an amount equal to the weighted average countervailable subsidy rates established for exporters and producers individually investigated, excluding any zero and *de minimis* countervailable subsidy rates")

## **<u>CONCLUSION</u>**

For the reasons discussed above, TEDC respectfully requests that this Court remand this proceeding to Commerce with instructions to grant the relief requested herein.

Respectfully submitted,

/s/ Jonathan M. Freed
Jonathan M. Freed
MacKensie R. Sugama

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
Email:  jfreed@tradepacificlaw.com

Dated:  February 24, 2026                    *Counsel to TED*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement.  The word count for Consolidated Plaintiff TEDC's Memorandum of Law In Support of its 56.2 Motion, as computed by the word count function of Microsoft Word, is 638 words.

*/s/ Jonathan M. Freed*
Jonathan M. Freed

*Counsel for TEDC*

Dated: February 24, 2026